**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF OKLAHOMA**

| | | |
|---|---|---|
| JASHANPREET SINGH, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | Case No. CIV-26-218-J |
| | ) | |
| MARY DE ANDA-YBARRA, et al., | ) | |
| | ) | |
| Respondents. | ) | |

## ORDER

On April 10, 2026, the Court adopted United States Magistrate Judge Shon T. Erwin's recommendation that the Court grant Petitioner's 28 U.S.C. § 2241 petition and ordered Respondents to provide Petitioner with a bond hearing. [Doc. No. 13]. That hearing occurred on April 17, 2026. [Doc. No. 16]. On April 20, 2026, the Immigration Judge issued an order denying bond, concluding that Petitioner's "release would create an unacceptable flight risk." [Doc. No. 16-1]. Petitioner now seeks to enforce the Court's Order to conduct a bond hearing, declare that Respondents failed to offer an individualized bond hearing, and order his release on grounds that the Immigration Judge "failed to provide Petitioner with an individualized and constitutionally adequate bond hearing." [Doc. No. 17].

In light of the nature of the motion, the Court hereby SHORTENS Respondents' time to file their response to the motion and ORDERS Respondents to file their response by May 12, 2026.

IT IS SO ORDERED this 27th day of April, 2026.

_____
BERNARD M. JONES, II
UNITED STATES DISTRICT JUDGE